IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE ELIZABETH DOLINER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, | : | |
| Commissioner of Social Security | : | NO. 19-1909 |

O R D E R

AND NOW, this 13th day of April, 2020, for the reasons expressed in the Court's Opinion filed today, it is

ORDERED that Doliner's Request for Review is hereby GRANTED IN PART and the matter remanded to the agency for a new hearing before a constitutionally appointed ALJ other than the one who presided over this matter previously.

BY THE COURT:

/s/ Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE